UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **DAQUAN BRANCH,**<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RAYMOND MADDEN, Warden,<br><br>　　　　　Respondent. | **Case No. ED CV 17-00106-VBF (JDE)**<br><br>ORDER<br><br>Adopting Report & Recommendation;<br>Denying the Habeas Corpus Petition;<br><br>Directing a Separate Ruling on COA;<br><br>Directing Entry of Separate Judgment;<br>Terminating the Case (JS-6) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

Petitioner's Motion to Amend **(Dkt. No. 11) is GRANTED**.

Petitioner's Motion for Stay **(Dkt. No. 13) is DENIED**.

The Court will rule on a certificate of appealability by separate order.

Judgment consistent with this Order and the R&R shall be entered as a separate document as required by Fed. R. Civ. P. 58(a).

This case **SHALL BE TERMINATED (JS-6)**.

IT IS SO ORDERED.

Dated: Friday, August 25, 2017

*Valerie Baker Fairbank*
_____

VALERIE BAKER FAIRBANK
Senior United States District Judge