JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **DAQUAN BRANCH,** | **Case No.: ED CV 17-00106-VBF (JDE)** |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

Pursuant to this Court's contemporaneously issued Order Adopting the Report and Recommendation, Denying the Habeas Corpus Petition, Dismissing the Action With Prejudice, Directing Entry of Separate Judgment, and Terminating the Case, **final judgment is hereby entered in favor of the respondent and against petitioner Daquan Branch.**

Dated: Friday, August 25, 2017

_____
VALERIE BAKER FAIRBANK
Senior United States District Judge